1  ANDRE BIROTTE JR..                                    JS-6
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JEAN M. TURK CASBN
4  Special Assistant United States Attorney
   160 Spear Street, Suite 800
5  San Francisco, California 94105
   Tel: (415) 977-8935
6  Fax: (415) 744-0134
   E-Mail: jean.turk@ssa.gov
7
8  Attorneys for Defendant

                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE REID FARNWORTH, | EDCV 12-00400 MLG |
| Plaintiff, | **JUDGMENT OF REMAND PURSUANT TO SENTENCE FOUR 42 U.S.C. Sec. 405(g)** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Voluntary Remand") lodged concurrent with the lodging of the within Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: _July 17, 2012_____

        MARC L. GOLDMAN
HON. MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE