ANDRE BIROTTE JR..
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK CASBN
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Tel: (415) 977-8935
Fax: (415) 744-0134
E-Mail: jean.turk@ssa.gov

JS-6

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE REID FARNWORTH, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | EDCV 12-00400 MLG <br><br> **JUDGMENT OF REMAND PURSUANT TO SENTENCE FOUR 42 U.S.C. Sec. 405(g)** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Voluntary Remand") lodged concurrent with the lodging of the within Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: _July 17, 2012_____

MARC L. GOLDMAN
HON. MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

-1-